UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8124-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER SCHWEIKART,

    Defendant.
_____/

FILED BY  SW  D.C.
Mar 22, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**PRETRIAL DETENTION ORDER**

The Defendant, CHRISTOPHER SCHWEIKART, had his detention hearing before the Court on March 22, 2024. The Government moved for pretrial detention of Defendant on the basis that he presents a serious risk of flight under 18 U.S.C. § 3142(f)(2)(A). The Government also moved for pretrial detention of Defendant under 18 U.S.C. § 3142(f)(1)(A), on the grounds that Defendant is charged with a crime of violence, and under 18 U.S.C. § 3142(f)(1)(B), on the grounds that Defendant is charged with an offense for which the maximum sentence is life imprisonment or death.

The Court finds by a preponderance of the evidence that the Government does have the right to move for detention in light of the facts of this case. After conducting a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), the Court concludes that the facts and law require that Defendant be detained.

**I.**    **Findings of Fact**

Defendant is charged by Criminal Complaint [DE 1] with one count of first-degree murder within the special maritime or territorial jurisdiction of the United States, in violation of 18 U.S.C.

§ 1111. If convicted, Defendant is facing a maximum term of imprisonment of death or life in prison, with a mandatory minimum term of imprisonment of death or life in prison, up to five (5) years of supervised release, and up to a $250,000 fine.

## II.     Reasons for Detention

The Court takes judicial notice of the Criminal Complaint and Affidavit, the handwritten Abbreviated Pretrial Services Report, and the typed Pretrial Services Report. Defendant stipulated to detention with the right to have a full detention hearing at a later date. In light of the charges against Defendant, the information contained in the Criminal Complaint and Affidavit, the information contained in the handwritten Abbreviated Pretrial Services Report and the typed Pretrial Services Report, and Defendant's stipulation, the Court will order detention based on a finding that Defendant poses a serious risk of flight or nonappearance and is a danger to the community pursuant to first-degree murder charge, with the understanding that Defendant may move for a full detention hearing before the Undersigned at a subsequent date if he chooses to do so.

## III.     Directions Regarding Detention

Accordingly, it is hereby **ORDERED** that Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for the purpose of a court appearance.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, on the 22nd day of March, 2024.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge