IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:   24-mj-8124-WM

UNITED STATES OF AMERICA

v

CHRISTOPHER SCHWEIKART
_____/

FILED BY ___SW___ D.C.
Mar 29, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on Defendant's Motion for Protective Order. Judge Matthewman is currently unavailable. This matter is set for hearing on the duty calendar before the undersigned on April 2, 2024. The undersigned concludes that, as an interim measure, the Motion should be GRANTED WITHOUT PREJUDICE. The Government can ask the Court to reconsider this ruling in the future.

WHEREFORE, absent further order of this Court:

1. The Palm Beach County Sheriff's Office / Palm Beach County Jail, Bureau of Prisons, and Veterans Affairs Medical Center in West Palm Beach are ordered and prohibited from providing to federal prosecutors or investigators the originals and/or copies of any information relating to mental health evaluations of Mr. Schweikart conducted on or after March 16, 2024.

2. The Palm Beach County Sheriff's Office / Palm Beach County Jail, Bureau of Prisons, and Veterans Affairs Medical Center in West Palm Beach are ordered not to place any such mental health materials in Mr. Schweikert's "central inmate file".

3. The Palm Beach County Sheriff's Office / Palm Beach County Jail, Bureau of Prisons, and Veterans Affairs Medical Center in West Palm Beach are ordered not to disclose the existence of any such information regarding mental health evaluations of Mr. Schweikart to federal prosecutors or investigators.

4. The Palm Beach County Sheriff's Office / Palm Beach County Jail, Bureau of Prisons, and Veterans Affairs Medical Center in West Palm Beach are ordered and prohibited from disseminating to federal prosecutors or investigators information, records, visitation logs, or other evidence of the dates, times, duration of visits, reasons for visits, and identities of any visits by any member of Mr. Schwikert's team, including his attorneys, mitigation experts, investigators, consulting experts or potential trial experts. This order does not apply to records regarding any visitors who are not on his legal team as set forth above. The Palm Beach County Sheriff's Office / Palm Beach County Jail and Bureau of Prisons shall redact the above listed information consistent with this order.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 29th day of March, 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

Distributed to all counsel of record by electronic notification via CM/ECF